UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO: 18-cv-22235-MGC

DOCKMATE, INC., a
Florida Corporation,

Plaintiff,

vs.

CBB ASSET MANAGEMENT, LLC,
a Florida Limited Liability Company,

Defendant.
_____/

## JOINT SCHEDULING REPORT

Plaintiff DOCKMATE, INC. (collectively "Plaintiff") and Defendant CBB ASSET MANAGEMENT, LLC (Defendant"), (collectively, the "Parties"), submit their Joint Discovery Plan and Joint Scheduling Report addressing discovery and other pretrial issues pursuant to Rules 16(b) and 26(f), Fed. R. Civ. P. and Rule 16.1.B, S.D. Fla. L.R.

**I. REPORT OF THE PARTIES CONFERENCE PURSUANT TO FED. R. CIV. P. 26(f)**

  A. **Discovery, Proposed Discovery Plan Indicating the Parties' Views and Proposals, and Proposed Deadlines**

The Parties have not commenced discovery. The Parties' proposed discovery schedule and trial deadlines are attached as Exhibit A.

1.   **Nature and Basis of the Parties' Claims:**

       a.   <u>Plaintiffs' Claims</u>:

1

Plaintiffs filed the instant action seeking a declaration judgment that each and every claim of U.S. Patent No. 6,655,309 ("the '309 Patent"), U.S. Patent No. 6,865,997 ("the '997 Patent") and U.S. Patent No. 7,104,212 ("the '212 Patent") (collectively "the Patents-in-Suit") are invalid for failing to comply with the requirements of 35 U.S.C. § 102 et seq., including without limitation each of the requirements in 35 U.S.C. § 102, 103, and/or 112.

  b. Defendant's Claims

Defendant will be filing a counterclaim against Plaintiff for infringement of U.S. Patent No. 6,655,309 ("the '309 Patent") and U.S. Patent No. 6,865,997 ("the '997 Patent").

2. **Facts Which may be Stipulated without Discovery**

 Defendant is the owner of the '309 Patent and the '997 Patent.

3. **Whether Discovery Should be Conducted in Phases**

 No.

4. **Discovery Schedule**

 See Exhibit A.

5. **Proposed Deadlines for Joinder of Parties and to Amend the Pleadings, to Files and hear Motions and Complete Discovery.**

 See Exhibit A.

6. **Changes in Timing, Form or Requirement under Fed. R. Civ. P. 26(a) :**

 None.

7. **Subject on which Discovery May Be Needed, when Discovery Should Be Completed, and How Discovery Should Be Conducted:** Discovery relating to the issues

involved in this case is required. Fact discovery shall be completed on or before the deadline specified in Exhibit A. Expert discovery shall be completed on or before the deadline specified in Exhibit A.

8. **Pending Motions**.

   None.

9. **Other Orders that Should Be Entered by the Court under Fed. R. Civ. P. 26(c) or 16(b) and (c):** The Parties agree that a Protective Order may be entered by the Court under Rules 26(c) to govern the discovery of trade secrets or other confidential research, development, or commercial information, including, but not limited to, customer lists or other customer-specific information. The Parties will submit a proposed protective order upon the Parties' agreement regarding the terms of same.

10. **Schedule:** Plaintiff shall designate expert witnesses by the deadline specified in Exhibit A and Defendants shall designate experts by the deadline specified in Exhibit A.

11. **Proposed Dates and Deadlines:** See Exhibit A.

12. **Estimated Length of Trial/Case Assignment:** The Parties request assignment of this case to the Standard Track and estimate a four (4) day jury trial following *voir dire.*

13. **Court's Special Consideration:** The Parties are not aware of any unique legal or factual aspect of the case requiring the courts' special consideration

14. **Matters to be Referred to a Magistrate:** Any non-dispositive Motions.

15. **Likelihood of Settlement**: Settlement is being discussed at this time, and the Parties agree to continuously explore the possibility of settlement.

II. **REPORT OF THE PARTIES' CONFERENCE PURSUANT TO RULE 16.1(B)(2) S.D. Fla. L.R.**

    A. **Likelihood of Settlement:** Settlement is being discussed at this time, and the Parties agree to continuously explore the possibility of settlement.

    B. **Likelihood of Appearance of Additional Parties:** The appearance of additional parties in the matter may be necessary. The Parties agree that they must conduct pretrial discovery in order to determine whether additional parties are necessary for a full resolution of the issues in this case.

    C. **Proposed Limits on the Time to:**

1. **Join Parties and Amend Pleadings:** The Parties agree that additional parties may be joined but agree that that motions to add parties shall be filed no later than **October 22, 2018**. The Parties further agree that pleadings may be amended no later than **October 22, 2018.**

2. **To File and Hear Motions:** The Parties agree that all motions for summary judgment, shall be filed and served on or before **January 23, 2019,** and that other pretrial motions (including *Daubert*) shall be filed no later than **March 6, 2019**. The Parties further agree that all motions *in limine* and other pretrial motions, including those relating to the method and manner in which the trial should be conducted, shall be filed and served in accordance with S.D. Fla. L.R. 16.1(J).

3. **To Complete Discovery:** The Parties believe this case should be assigned to the Standard Track. Accordingly, the Parties agree that fact discovery shall be completed on or before **January 16, 2019,** and that expert discovery shall be completed on or before **February 27, 2019**. The Parties further agree to serve initial sets of interrogatories,

document requests and request for admissions, if any within thirty (30) days after entry by the Court of a Scheduling Order.

    D. **Proposals for the Formulation and Simplification of the Issues:** Counsel shall meet before the Pretrial Conference or Calendar Call to discuss any proposals for the formulation and simplification of the issues. Otherwise, none at this time.

    E. **Necessity of Amendments to the Pleadings:** Although the Parties do not anticipate that amendments to the pleadings may be necessary, they reserve the right to do so based on information obtained through discovery. The Parties agree that pleadings will be amended no later than **October 22, 2018.**

    F. **Possibility of Obtaining Admissions of Facts and of Documents:** Counsel will meet after the applicable discovery cut-off date and the Pretrial Conference to discuss stipulations regarding the authenticity of documents and the need for advance ruling from the Court on the admissibility of evidence.

    G. **Suggestions for the Avoidance of Unnecessary Proof and Cumulative Evidence:** At this time, the Parties have no suggestions for the avoidance of unnecessary proof and cumulative evidence, but will continue to endeavor to find ways to litigate this case efficiently.

    H. **Referring Matters to a Magistrate Judge or Master:** No matters should be referred to a Magistrate Judge or Special Master.

    I. **Preliminary Estimate of Time for Trial:** The Parties estimate a four (4) day jury trial following *voir dire*.

J. **Requested Date(s) for Conference Before Trial, a Final Pretrial Conference and Trial:** The Parties agree to attend a Final Pretrial Conference on a date set by the Court.

K. **Jury Trial:** The Parties request that a trial by jury be set in **July 1, 2019**, or in the alternative, at least ninety (90) days after the deadline for filing of dispositive motions.

L. **Any other Information Helpful to the Court:** See Attachment A.

M. **Arrangement For The Disclosures Required By Fed. R. Civ. P. 26(a)(1):** The Parties to exchange initial disclosures and exchanges set forth in Fed. R. Civ. P. 26(a)(1) shall be made by **July 25, 2019.**

Respectfully submitted this 12th day of June, 2018.

| | |
|---|---|
| Rick Ruz, Esq. | Richard Alayon |
| | |
| Ruz & Ruz, PL | Alayon & Associates, P.A. |
| Counsel for the Plaintiff. | |
| 300 Sevilla Avenue, Suite 301 | 135 San Lorenzo Ave., Suite 820 |
| Coral Gables, Florida 33134 | Coral Gables, FL 33146 |
| Telephone No. (305) 921-9326 | Telephone: (305) 221-2110 |
| Facsimile No. (888) 506-2833 | Facsimile: (305) 221-5321 |
| | ralayon@alayonlaw.com, |
| | |
| By:__/s/ Rick Ruz, Esq._____ | By:__/s/ Richard Alayon, Esq._____ |
| | |
| Rick Ruz, Esq. | Richard Alayon, Esq |
| Florida Bar No. 42090 | Florida Bar No. 0934290 |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on July 12, 2018, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro-se parties identified in the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

s/ *Rick Ruz, Esq.*

## SERVICE LIST

### Via Transmission of Notices

| | |
|---|---|
| Rick Ruz, Esq. | Richard Alayon |
| Florida Bar No. 42090 | Alayon Florida Bar No. 0934290 |
| Counsel for the Plaintiffs. | Counsel for the Defendant |
| 300 Sevilla Avenue, Suite 301 | Richard A. Alayon Florida Bar |
| Coral Gables, Florida 33134 | Alayon & Associates, P.A. |
| Telephone No. (305) 921-9326 | 135 San Lorenzo Ave., Suite 820 |
| Facsimile No.  (888) 506-2833 | Coral Gables, FL 33146 |
| | Telephone: (305) 221-2110 |
| | Facsimile: (305) 221-5321 |
| | ralayon@alayonlaw.com, |

### Attachment A: Pretrial Deadlines, Pretrial Conference and Trial Date

10/22/2018  Joinder of parties and claims, and amendment of pleadings.

(INSERT DATES)
12/18/2018  Parties shall furnish opposing counsel with a written list containing the names and addresses of all fact witnesses intended to be called at trial and only those witnesses listed shall be permitted to testify unless good cause is shown and there is no prejudice to opposing party. The parties are under a continuing obligation to supplement discovery responses within ten (10) days of receipt or other notice of new or revised information.

1/16/2019  All fact discovery must be completed.

1/30/2019  Plaintiff must furnish expert witness list to the Defendant, along with the summaries/reports required by Fed. R. Civ. P. 26(a)(2), and only those expert witnesses shall be permitted to testify. Within the fourteen-day period thereafter, Plaintiff shall make its experts available for deposition by Defendant.

1/23/2019  All dispositive and other pretrial motions not explicitly excluded by Local Rule 7.1(a)(1), and accompanying memoranda of law must be filed. A minimum of seventeen (17) weeks is required for the Court to review dispositive motions prior to filing of the joint pretrial stipulation. If no dispositive motions will be filed, clearly note this fact in the Joint Scheduling Report.

2/13/2019  Defendant must furnish expert witness list to the Plaintiff along with the summaries/reports required by Fed. R. Civ. P. 26(a)(2), and only those expert witnesses shall be permitted to testify. Within the fourteen-day period thereafter, Defendant shall make its experts available for deposition by Plaintiff.

2/27/2019  All expert discovery must be completed.

3/6/2019  All Daubert and Markman motions and accompanying memoranda of law must be filed. If a Daubert or Markman hearing is necessary, add that as an additional deadline at the bottom of Attachment A.

3/13/2019  Mediation must be completed. (The parties should select the earliest date to maximize resolution of the case in a manner that promotes client and judicial economy.)

5/22/2019  (a) Joint pretrial stipulation must be filed pursuant to Local Rule 16.1(e). The pretrial stipulation shall include Plaintiff's non-binding breakdown of damages with corresponding amounts; the witness lists shall be pared down to those witnesses the parties actually intend to call at trial; and the exhibit lists shall identify the witness introducing each exhibit. The parties shall meet at least one (1) month prior to the deadline for filing the pretrial stipulation to confer on the preparation of that stipulation. The Court will not accept unilateral pretrial stipulations, and will strike, sua sponte, any such submissions; and

(b) Joint Summary of Respective Motions in Limine must be filed. The Summary shall contain a cover page providing the style of the case and an index of the motions in limine. The Summary shall also include for each evidentiary issue: (i) a one (1) page motion identifying the evidence sought to be precluded at trial and citing legal authority supporting exclusion; and (ii) a one (1) page response to the motion providing a statement of the purpose for which the challenged evidence would be offered and citing legal authority in support of admission of the challenged evidence. The parties shall work together to prepare the Summary. Prior to submission of the Summary, the parties are encouraged to resolve evidentiary issues through stipulation.

6/26/2019  Final proposed jury instructions (for jury trial) or findings of fact and conclusions of law (for bench trial) must be submitted. (A courtesy copy shall be submitted to chambers at cooke@flsd.uscourts.gov, in Microsoft Word format). Each party's trial witness list, with one-sentence synopsis and time needed for direct and cross examination; proposed voir dire questions; and deposition designations.

7/1/2019  Trial Date.

*Attachment C*: Magistrate Judge Jurisdiction Election Form

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

Case No. 18-22235-Civ-COOKE/GOODMAN

DOCKMATE, INC., a
Florida Corporation,

    Plaintiff,

vs.

CBB ASSET MANAGEMENT, LLC,
a Florida Limited Liability Company

    Defendant.
_____/

## ELECTION TO JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE FOR FINAL DISPOSITION OF MOTIONS

In accordance with the provisions of 28 U.S.C. § 636(c), the undersigned parties to the above-captioned civil matter hereby jointly and voluntarily elect to have a United States Magistrate Judge decide the following motions and issue a final order or judgment with respect thereto:

1. Motions for Costs     Yes ✓     No ___
2. Motions for Attorney's Fees     Yes ✓     No ___
3. Motions for Sanctions     Yes ✓     No ___

7/11/2018
(Date)     (Signature-Plaintiff's Counsel)

_____
(Date)     (Signature-Plaintiff's Counsel)

7/11/2018
(Date)     (Signature-Defendant's Counsel)